

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 03 CR 132 - 1 | **DATE** | 5/16/2003 |
| **CASE TITLE** | United States of America vs. Federico Sanchez-Rodriguez | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

Memorandum Opinion and Order

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
☐ FRCP4(m) ☐ Local Rule 41.1 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] Enter Memorandum Opinion and Order. Defendant Federico Sanchez-Rodriguez has filed a motion to quash his arrest and suppress evidence. The motion is denied.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | | | Document Number |
|---|---|---|---|---|---|
| | No notices required, advised in open court. | | | | |
| | No notices required. | | | number of notices | |
| | Notices mailed by judge's staff. | | | | |
| | Notified counsel by telephone. | | MAY 19 2003 date docketed | | |
| ✓ | Docketing to mail notices. | | | | 28 |
| | Mail AO 450 form. | | | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | | | |
| WAH | courtroom deputy's initials | FILED FOR DOCKETING 03 MAY 19 PM 4: 27 | date mailed notice | | |
| | | Date/time received in central Clerk's Office | mailing deputy initials | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No. 03 CR 132 |
| | ) | |
| FEDERICO SANCHEZ-RODRIGUEZ, | ) | |
| and HECTOR CEBALLOS-AGUILAR, | ) | |
| | ) | |
| Defendants. | ) | |

DOCKETED
MAY 1 9 2003

## MEMORANDUM OPINION AND ORDER

Defendant Federico Sanchez-Rodriguez has filed a motion to quash his arrest and suppress evidence. He represents, broadly, that the arrest was without probable cause and the search of his vehicle was not made incident to a lawful arrest. The government contends otherwise, representing that defendant was a participant in a planned undercover cocaine buy, that there was, for specified reasons, probable cause to arrest him and that, in addition, he executed a written consent to the search. Defendant did not reply to those representations and did not file an affidavit.

General conclusions, without specificity, do not justify a hearing. United States v. Rodriguez, 69 F.3d 136, 141 (7th Cir. 1992); United States v. Randle, 966 F.2d 1209, 1212 (7th Cir. 1995). Further, he does not deny that he executed the consent to the search during which the cocaine was found. The motion is denied.

JAMES B. MORAN
Senior Judge, U. S. District Court

_____May 15_____, 2003.